U.S. Department of Justice
United States Attorneys

RULE 20

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. CR 04-126-2 (EGS) |
| | ) | |
| DIEGO MONTOYA SANCHEZ | ) | |

**CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE**
*(Under Rule 20)*

FILED

JUL 3 1 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, <u>DIEGO MONTOYA SANCHEZ</u>, have been informed that an <u>Indictment</u> is pending against me in the above designated cause. I wish to plead <u>guilty</u> to the offenses charged, to consent to the disposition of the case in the <u>Southern District of Florida, (Miami Division)</u> in which I <u>am under arrest</u>, and to waive trial in the above captioned District.

Dated: July 22, 2009

_____
DIEGO MONTOYA SANCHEZ
Defendant

_____
William A. Clay, Esq.
Counsel for the Defendant

Approved:

_____
PAUL M. O'BRIEN, Chief
Narcotic and Dangerous Drug Section
United States Department of Justice
Washington, D.C.

Approved:

_____
JEFFREY H. SLOMAN
Acting United States Attorney for the
Southern District of Florida

FORM USA-153
(Rev. March 1983)