| To: JEFFREY H. SLOMAN<br>Acting United States Attorney for the<br>Southern District of Florida | District:<br>Southern District of Florida<br>(Miami Division) | Date:<br>July 20, 2009 |
|---|---|---|
| Name of Subject:<br>DIEGO MONTOYA SANCHEZ | Statute Violations:<br>18 U.S.C. § 1962(c) [RICO] | File Data (Initials and Number):<br>04-126 (EGS) -02- |

*RULE 20*

### Part A - District of Arrest

[ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20.
Criminal No. 04-126-2 (EGS) (D.D.C.)

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea:      Date of Sentence:      Sentence:

FILED
JUL 31 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| From (Signature and Title):<br><br>*[signature]*<br>PAUL M. O'BRIEN, Chief<br>Narcotic and Dangerous Drug Section<br>U.S. Department of Justice | Address:<br>Narcotic and Dangerous Drug Section<br>U.S. Department of Justice<br>1400 New York Ave., N.W.<br>Washington, D.C. 20005 |
|---|---|

### Part B - District of Offense

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
     on      at      o'clock.
(Kindly notify me of any anticipated delay.)

[X] Enclosed are two certified copies of indictment or information. Docket No. 04-126-2 (EGS) (D.D.C.)

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| Signature (Name and Title):<br><br>*[signature]*<br>JEFFREY H. SLOMAN<br>Acting United States Attorney for the<br>Southern District of Florida | District:<br>Southern District of Florida | Date:<br>7/30/09 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rule 7 & 20, Federal Rules of Criminal Procedure
Replaces OBD-101, Feb. 83 edition may be used
FORM USA-731