```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :  Cr. No. 04-126
                                :       (EGS)
        V.                      :
CARLOS ALBERTO RENTERIA-MANTILLA,:
   a/k/a "Bento Reneteria,"     :
                                :
        and                     :
                                :
LUIS HERANANDO GOMEZ BUSTAMANTE, :
                                :
        DEFENDANTS              :
```

                    Motion to Withdraw

Undersigned counsel hereby moves the Court for leave to withdraw as counsel for the United States from the above-captioned matter. As grounds for this motion, the movant states as follows:

1. Government counsel has accepted a Voluntary Separation/Early Retirement package offered by the Department of Justice, Criminal Division.

2. Pursuant to the terms of the Voluntary Separation/Early Retirement package, government counsel must separate from government service on August 31, 2011. Accordingly, government counsel will no longer be employed by the United States Department of Justice as of September 1, 2011.

3. It is the undersigned government counsel's understanding that United States Department of Justice Trial Attorney Meredith Mills (telephone number 202-305-8506) of the Criminal Division, Narcotic and Dangerous Drug Section, will be filing a Motion to

Appear and will be lead government counsel in this matter.

WHEREFORE, undersigned counsel requests that his motion to withdraw be granted.

>/s/Robert A. Spelke
> Robert A. Spelke
> Trial Attorney
> Narcotic and Dangerous Drug Section
> U.S. Department of Justice
> 1400 New York Ave., N.W., 8th Fl.
> Washington, D.C.  20005
> 202-353-3807

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2011, a copy of the foregoing motion was filed electronically with the Court, which will forward a copy to counsel for the defendants.

> /s/ Robert A. Spelke
> Robert A. Spelke