# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

       vs.

Criminal No.   04-126

Category   B

DIEGO LEON MONTOYA-SANCHEZ  -  02

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on Aug 2, 2012 from Judge Emmet G. Sullivan to The Calendar Committee by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE

Chair, Calendar and Case Management Committee

cc:   Judge Emmet G. Sullivan   & Courtroom Deputy

The Calendar Committee

U.S. Attorney's Office-Judiciary Square Building, Room 5133

Statistical Clerk